UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| MICHAEL BAUGHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cv-00397 |
| ) | |
| NORTHSTAR LOCATION SERVICES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MICHAEL BAUGHER ("Plaintiff"), through his attorneys, Ferris Winder, PLLC., informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                              RESPECTFULLY SUBMITTED,

September 8, 2013                          By: /s/ Richard W. Ferris_____
                                                          Richard W. Ferris, Esq.
                                                          Ferris Winder, PLLC
                                                          530 East Main St. Suite 710
                                                          Richmond, VA 23219
                                                          (804) 767-1800
                                                          rwferris@ferriswinder.com

## **CERTIFICATE OF SERVICE**

On September 8, 2013, Richard W. Ferris, e-mailed a copy this Filed Notice of Settlement to Defendant's, NORTHSTAR LOCATION SERVICES, LLC, lawyer, Brandy M. Rapp at brandy.rapp@leclairryan.com

By: /s/ Richard W. Ferris_____
Richard W. Ferris, Esq.