**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| MICHAEL BAUGHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case 2:13-cv-00397-RBS-DEM |
| | ) |
| NORTHSTAR LOCATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, MICHAEL BAUGHER, and Defendant, NORTHSTAR LOCATION SERVICES, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

September 23, 2013           By: /s/ Richard W. Ferris
                                                         Richard W. Ferris, Esq.
                                                         FerrisWinder, PLLC
                                                         530 East Main St. Suite 710
                                                         Richmond, VA 23219
                                                         (804) 767-1800
                                                         rwferris@ferriswinder.com

[INTENTIONALLY LEFT BLANK]

1

RESPECTFULLY SUBMITTED,

September 23, 2013 By: /s/ Brandy M. Rapp
Brandy M. Rapp
Attorney at Law
LECLAIRRYAN
1800 Wells Fargo Tower, Drawer 1200
Roanoke, Virginia 24006
(540) 510-3040 Direct
540-510-3050 Fax
(540) 525-0023 Mobile
Brandy.Rapp@leclairryan.com

**CERTIFICATE OF SERVICE**

On September 23, 2013, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By: /s/Brandy M. Rapp
Brandy M. Rapp